239 So.2d 165

**STATE of Louisiana, ex rel.
Tommie NETTLES**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50729.

July 30, 1970.

Writs refused. The showing made in the application is insufficient to warrant the exercise of our original and supervisory jurisdiction. See also Civ.Ac. No. 15,649 U. S. Dist. Court, Western Dist. of La.

239 So.2d 166

**STATE of Louisiana**

v.

**Frances CUCHINELLI.**

No. 50766.

July 30, 1970.

## ORDER

Writ granted.

Bail for the defendant is recalled and it is ordered that she be returned to custody. The place of commitment required by reason of her state of physical or mental condition is to be determined by the trial court according to law.

The trial court is ordered to immediately consider and rule upon the alternative motion for a speedy trial and the State is ordered to proceed with arraignment and trial in compliance with the trial court's orders, and not inconsistent with this order.